UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

_____

DOROTHY DONALDSON-COX,

        Plaintiff,

and

BLUE CROSS BLUE SHIELD OF KANSAS CITY,      Case No. 21-cv-0274-bhl

        Involuntary Plaintiff,

  v.

IMT INSURANCE COMPANY, et al.,

        Defendants.

WADENA INSURANCE COMPANY, et al.,

        Third Party Plaintiffs,

  v.

LANDMARK CONSTRUCTION SOLUTIONS INC.,

        Third Party Defendant.

_____

**ORDER**
_____

      The Court issued an Order to Show Cause to plaintiff on June 3, 2021, requiring plaintiff to file a second supplemental pleading regarding the Court's subject matter jurisdiction. (ECF No. 21.) Plaintiff timely responded and provided sufficient information for the Court to assess that it does have diversity jurisdiction over this case. (ECF No. 22.) The Court will therefore hold the Order to Show Cause satisfied.

      Plaintiff also filed a motion to have the Court declare a defendant, Grandstay Hospitality, LLC, as a dispensable party pursuant to Fed. R. Civ. P. 21. (ECF No. 23.) Because Grandstay has already been dismissed from the case, the Court will grant the motion and drop Grandstay from the case. Accordingly,

      **IT IS HEREBY ORDERED** that the Court's Order to Show Cause is satisfied.

**IT IS FURTHER ORDERED** that plaintiff's motion, ECF No. 23, is **GRANTED**. Defendant Grandstay Hospitality, LLC, is a dispensable party and is dropped from the case.

Dated at Milwaukee, Wisconsin on June 24, 2021.

                                                    s/ Brett H. Ludwig
                                                    BRETT H. LUDWIG
                                                    United States District Judge